**DISMISS; Opinion Filed April 22, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-13-00323-CV**

_____

**HBMA HOLDINGS, LLC AND LEHIGH HANSON, INC., Appellants**

**V.**

**MILLENNIUM CHEMICALS INC., MILLENIUM AMERICA
HOLDINGS, LLC AND MILLENNIUM HOLDINGS, LLC, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-13422**

**MEMORANDUM OPINION**

Before Justices Francis, Lang, and Evans

The Court has before it the parties' April 8, 2013 joint motion to dismiss for mootness.

We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1.

PER CURIAM

130323F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

HBMA HOLDINGS, LLC AND LEHIGH HANSON, INC., Appellants

No. 05-13-00323-CV          V.

MILLENNIUM CHEMICALS, INC., MILLENNIUM AMERICA HOLDINGS, LLC, AND MILLENNIUM HOLDINGS, LLC, Appellees

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-13422.
Opinion delivered per curiam. Justices Francis, Lang and Evans sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MILLENNIUM CHEMICALS, INC., MILLENNIUM AMERICA HOLDINGS, LLC, AND MILLENNIUM HOLDINGS, LLC recover their costs of this appeal from appellants HBMA HOLDINGS, LLC AND LEHIGH HANSON, INC..

Judgment entered this 22nd day of April, 2013.

/Jim Moseley/
DAVID W. EVANS
JUSTICE